IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL N0: 14-40014 |
| ) | |
| Plaintiff, ) | MINUTES OF COURT |
| ) | |
| vs. ) | DATE:7/29/2014 |
| ) | |
| ROBERT BREWER, ) | |
| ) | |
| Defendant(s). ) | |

PRESENT:   J. PHIL GILBERT, DISTRICT JUDGE

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S) :  N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: ( X )

PROCEEDINGS:

TIME:

   This matter is before the court on the above styled defendant's Motion to Continue (doc. # 39).

   The Court has reviewed and considered the aforementioned motion and finds that a failure to grant the motion would likely result in a miscarriage of justice and finds the ends of justice outweighs the best interest of the public and the defendant in a speedy trial and hereby GRANTS the motion to continue.

   It is hereby ORDERED that this matter is STRICKEN from the final pre-trial setting of 7/31/2014 and the jury trial setting of 8/18/2014.

   It is further ORDERED that this matter is reset for final pre-trial on 9/17/2014 at 9:30 a.m. with a jury trial setting of 9/29/2014 at 9:00 a.m. in Benton, IL.

JUSTINE FLANAGAN, ACTING  CLERK

 By: s/ K. Jane Reynolds
 Deputy Clerk